UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | 1:-89-cr-77 REC |
| ) | |
| v. ) | NEW CASE NUMBER: |
| ) | |
| JAMES BRYAN COZAD, ) | 1:89-cr-77 OWW |
| ) | |
| Defendant ) | ORDER REASSIGNING CASE AND |
| _____ ) | DIRECTING SELECTION FROM "REC CRIMINAL CASE" DECK |

A petition for violation having been filed by the probation officer as to the above-named defendant;

IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

IT IS FURTHER ORDERED that the reassignment be made from the "REC CRIMINAL CASE" deck.

Dated: July 7, 2005                    /S/ OLIVER W. WANGER

_____
OLIVER W. WANGER
United States District Judge

1